UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TANISHA S. BUNDY

    Plaintiff,

V.                                                     CIVIL ACTION NO

NCE FINANCIAL SERVICES INCORPORATED

Defendant.                                      August 17, 2010

COMPLAINT

    1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 3 1692; the Consumer Collection Agency Act, Conn. Gen. Stat 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. 3 42-110a.

    2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

    3. Plaintiff is a natural person who resides in New Haven, CT.

    4. Plaintiff is a consumer within the FDCPA and CCAA.

    5. Plaintiff is a consumer within the Consumer Collection Agency Act.

    6. Defendant is a debt collector within the FDCPA.

    7. Defendant is an un-licensed collection agency within the CCAA.

    8. Defendant has a place of business as 5540 Old National Hwy, Suite 4 Atlanta, GA  30349.

9. Defendant communicated with Plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to Plaintiff's disputed personal debt.

10. Defendant failed to provide the Plaintiff with the required Notice pursuant to §1692e (11) in every oral communication.

11. Defendant called the Plaintiff in an attempt to collect the alleged debt on August 16, 2010.

12. Plaintiff advised the Defendant that she wanted to dispute this debt.

13. Defendant advised the Plaintiff that the principal balance was $515.00 and a $250 late fee had been added onto the principal for a total balance of $765.00.

14. Defendant's statements to the Plaintiff were false, deceptive and misleading, in violation of the FDCPA's prohibition pursuant to §1692e.

15. Defendant added a $250.00 collection fee, which is prohibited by 15 U.S.C. § 1692f (1) The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

16. The late fee was not expressly provided for in the original contract and the allegation that any late fee representing 50% of the amount financed would be

illegal and void, as a matter of law, and prohibited by consumer credit regulations of the Great State of Connecticut.

17.  The Defendant caused to be sent a collection letter dated 8/16/10, which validation of debts clause notice pursuant to §1692g, shortens the dispute period by one day, and violated the FDCPA.

18.  The Defendant requires the Plaintiff to dispute the alleged debt within 30 days, instead of the required language, within 30 days AFTER RECEIPT OF THIS NOTICE, and also requires thePlaintiff to dispute the debt in writing, which is not required by the FDCPA. *Camacho v. Bridgeport Financial, Inc* (9th Cir. 2007).

19.  In the collection efforts, the Defendant violated the FDCPA, inter alia, section 1692e, f, and g.

**Second Count.**

20. The allegations of the First Count are repeated and realleged as if fully set forth herein.

21.  Within three years prior to the date of this action Defendant has engaged in acts and practices as to Plaintiff in violation of the Consumer Collection Agency Act, section 36a-800et seq.

22.  Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against the Defendant;

2. Award the Plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide

                                             THE PLAINTIFF

                                             BY_____
                                             Bernard T. Kennedy, Esquire
                                             157 Pine Orchard Road
                                             Branford, CT 06405
                                             Ph  (443) 607-8901
                                             Fax (443) 607-8903
                                             Fed. Bar # ct00680
                                             bernardtkennedy@yahoo.com