UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**TANISHA S. BUNDY**

      Plaintiff,

V.                                                     CIVIL ACTION NO.
                                                       3-10-CV-01462 - VLB

**NCE FINANCIAL SERVICES
INCORPORATED.**

      Defendant.                                      DECEMBER 2, 2010

**MOTION FOR DEFAULT JUDGMENT, REQUEST FOR STATUTORY
DAMAGES, COSTS AND REASONABLE ATTORNEY FEES**

      The Plaintiff Tanisha S Bundy applies to the Court pursuant to Rule 55(b) of the Federal Rules of Civil Procedure to enter a default judgement in favor of the Plaintiff and against Defendant, NCE Financial Services Incorporated ("NCE"). This application is made on the grounds that this Defendant has failed to appear in this action, that the time allowed for filing an appearance has expired, [Doc. No. 19] Plaintiff has returned the summons executed on September 20, 2010, [Doc. No.14].. This application is based on the record.

      Plaintiff seeks statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A) *on Count I.* Plaintiff seeks reasonable attorney fees pursuant to 15 U.S.C. § 1692k (a)(3) and CUTPA, Conn. Gen. Stat. 42-110a et seq.

      The reason plaintiff requests the maximum allow for statutory damage under § 1692 is because of the multiple violations were committed by NCE. For

example; paragraph no. 10 of the complaint [Doc. No. 1] states "Defendant failed to provide the Plaintiff with the required notice pursuant to § 1692e (11) in every oral communication". That $250 was added to the principal debt as a collection fee in violation of §1692f(1), [Doc. No.1, paragraph No. 15].

NCE sent plaintiff a collection letter and shortened the dispute period by one day, [Doc. 1, Paragraph No. 17 and 18]. Also see Camacho v. Bridgeport Financial, Inc.

WHEREFORE, plaintiff seeks statutory damages of $1,000 and attorney fees of $4,560 as set forth in my time records for a total demand of $5,560.00.

THE PLAINTIFF
BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
157 Pine Orchard Road
Branford, CT 06405
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # CT00680
bernardtkennedy@yahoo.com

## CERTIFICATION

I hereby certify that on 12/2/10 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy