UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TANISHA S. BUNDY | : |
| | : |
| v. | :  CIVIL NO. 3:10CV1462 (VLB) |
| | : |
| NCE FINANCIAL SERVICES INCORPORATED | : |
| | : |

## DEFAULT JUDGMENT

The defendant, NCE Financial Services Incorporated having failed to appear, plead or otherwise defend in this action and a default under Fed.R.Civ.P. 55(a) having been entered on November 09, 2010; and

The plaintiff having filed a Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and the Court having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of the plaintiff against the defendant NCE Financial Services Incorporated in the amount of $5,560.00, which includes $1000.00 in statutory damages and $4,560.00 in reasonable attorney fees pursuant to Fed. R. Civ. P. 37(a)(4).

Dated at Hartford, Connecticut, this 14th day of December, 2010.

ROBERTA D. TABORA, Clerk

By     /s/ LL
Loraine LaLone
Deputy Clerk

EOD: _____